# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund, | Civil No. 09-2026 (JNE/SRN) |
| Plaintiffs, | |
| v. | **ORDER** |
| Suburban Air Conditioning Company, | |
| Defendant, | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 19, 2010. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Judgment (Doc. No. 8) is **GRANTED**; and that judgment in the amount of $10,126.77 is entered against Defendant and in favor of the Plaintiffs.

Dated: 6-9-2010

                                              s/ Joan N. Ericksen

                                              Joan N. Ericksen
                                              United States District Judge